UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In The Matter Of Non-Cash Collateral )
)     ORDER
at San Jose, California_____)

FILED
FEB 2 4 2012
RIC...
CLERK, U...
NORTHERN... ...ORNIA

The Clerk of Court has advised the court that the non-cash collateral items posted to secure the bonds listed below are still in the court's possession. The cases are closed and the defendants are either serving or have completed serving their sentences and the posted items should be returned to the property owners, therefore,

**IT IS ORDERED** that the bonds are exonerated and the Clerk of the Court is directed to return the non-cash collateral items for the below listed cases to the property owners.

| CASE NUMBER | CASE NAME | NON-CASH COLLATERAL ITEM POSTED |
|---|---|---|
| 5:77-CR-00371 WB | U.S. V SERVANDO T. LEIJA | Quitclaim Deed of Servando T. Leija |
| 5:79-CR-00170 WAI | U.S. V JOSEPH BONANNO | REALTY MORTGAGE DEED of Fay & Joseph Bonanno |
| 5:80-CR-00166 WAI | U.S. V ANTHONY B. PETTIGREW | Unrecorded Quitclaim Deed |
| 5:81-CR-00248 WAI | U.S. V CONSTANTINE YAMANIS | PROPERTY BOND, 81R221044/PROPERTY IN FL |
| 5:85-CR-02176 WAI | U.S. V CHARLES WALSTON | Deed of Trust Doc. No. 8680951 |
| 5:87-CR-20120 WAI | U.S. V WENZEL WOCHOS | MOTOR HOME, VIN 1GBJP37WE3309402 of Sue N. Richards & W. Wick Wochos |
| 5:80-CR-00317 SW | U.S. V PETER BELL | CERT OF AIRCRAFT REGISTRATION |
| 5:84-CR-00089MB | U.S. V KAREN BONNANO | Deed of Trust No. 8269324 |
| 5:94-CR-20063 RMW | U.S. V BENIGNO SANCHEZ-ZAMORA | Deed of Trust Doc. No. 06935 of Benigno Sanchez-Zamora |
| 5:95-CR-20065 RMW | U.S. V ALFREDO GODINES | Deed of Trust Doc. No. 12941234 of Zacarias P. Solorio |
| 5:01-CR-20116 RMW | U.S. V ALBERT LAWRENCE TORRES | Deed of Trust Doc No. 15775876 of Roberto Salcedo Nanez |
| 5:90-CR-20082 JW | U.S. V RICARDO GONZALEZ | Deed of Trust Doc. No. 42010 of Lucy M. Lara |
| 5:90-CR-20025 JW | U.S. V CARMELO ZAMMIT | Deed of Trust Doc. No. 89168704 OF CARMELO & MARY ZAMMIT AND MARY, recorded on 12/12/89 |
| 5:97-CR-20114 JW | U.S. V JEFFREY AYERS | Deed of Trust Doc. No. 13841277 of Lowell Webb |
| 5:00CR-20063 JF | U.S. V NEMAT MALEKSALEHI | Deed of Trust Doc #2000-0080120-00 of Matt Malek & Maryann Malek |
| 5:02-CR-20049 JF | U.S. V HOA LY | Deed of Trust Doc #2002185031, 2002185032 of Hoa D. Ly |
| 5:02-CR-20100 JF | U.S. V JACKSON YU | Deed of Trust Doc #2002355231 of Wen Hsin Jackson Yu and Chui Chun Anita Lam |
| 5:03-CR-20115 JF | U.S. V EVERARDO BECERRA-ORTEGA | Deed of Trust Doc #2003488580 of Everardo A. Becerra & Devina A. Padilla |
| 5:04-CR-20060 JF | U.S. ROBERT MICHAEL WILLIAMS | Deed of Trust Doc #1781657? of Robert Williams |

DATED: 2/24/12

U.S. DISTRICT COURT JUDGE